UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAELLE RICHARD )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MAHAJAN CORPORATION, INC. )<br>)<br>Defendant. ) | CAUSE NO. 1:09-cv-463-RLY-DML |

**ADOPTION OF PROPOSED FINDINGS AND DECISION**

On July 22, 2009, this court entered a default judgment against the defendant and in favor of the plaintiff on liability (Docket No. 14). On October 16, 2009, the magistrate judge held a hearing on damages at which the plaintiff presented evidence, and she thereafter submitted evidence of her attorney fees and costs (Docket No. 23). The defendant failed to appear at the hearing or respond to the petition for fees and costs.

Having considered the evidence, the magistrate judge issued Proposed Findings and Recommendation. As provided by Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), any party may file and serve specific written objections to these Findings and Recommendation within 14 days of service. No written objections were filed.

The Court, having considered the Magistrate Judge's Report, and no objections having been filed, approves and adopts the Report, Recommendation, and Memorandum Decision as that of the Court.

**IT IS THEREFORE ADJUDGED THAT** Plaintiff's Motion for Attorney Fees (Docket No. 23) is Granted. A damages award shall be entered in this case for a total award amount of

$42,678.67 as summarized below:

Summary

| | |
|---|---|
| Back Pay | $17,043.00 |
| Front Pay | 8,820.00 |
| Compensatory Damages | 500.00 |
| Punitive Damages | 5,000.00 |
| Fees and Costs | <u>11,315.67</u> |
| TOTAL | $42,678.67 |

Dated: 05/13/2010

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Sent through CM/ECF to:

**John H. Haskin**
HASKIN LAUTER & LARUE
jhaskin@hlllaw.com

**Stephanie Sackellares Penninger**
HASKIN LAUTER & LARUE
spenninger@hlllaw.com

**Ryan Patrick Sink**
HASKIN LAUTER & LARUE
rsink@hlllaw.com